

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00108-CV

---

MICHAEL REID                                                    APPELLANT

V.

UDR TEXAS PROPERTIES, LLC;                                      APPELLEES
UDR TEXAS PROPERTIES, LLC,
SUCCESSOR TO UDR TEXAS
PROPERTIES, LP; UDR THE
CLIFFS, LLC; UDR, INC.; AND
WESTERN RESIDENTIAL, INC.

------------

## FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY
## TRIAL COURT NO. 2012-007946-3

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On November 18, 2015, we notified appellant that his brief had not been

filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R.

---

[1]*See* Tex. R. App. P. 47.4.

App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: December 17, 2015